*Form 198* (3/24)–doc 9

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Biz as Usual, LLC ) | Case No. 25–11985–pmm |
| ) | |
| ) | |
|    Debtor(s). ) | Chapter: 11 |
| ) | |
| ) | |

## NOTICE

To the debtor(s), debtor's counsel, U.S. Trustee and Standing Trustee

NOTICE is hereby given that:

In accordance with this court's random assignment procedure, this matter has been assigned to the Honorable Derek J. Baker.

It is noted in the petition that the above debtor (s) had filed a prior case that was assigned to the Honorable Patricia M. Mayer .

This matter has been reassigned to the Honorable Patricia M. Mayer .

Date: May 27, 2025　　　　　　　　　　　　　　　　　　　　　　　For The Court

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Timothy B. McGrath
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court